United States District Court
Southern District of Texas
**ENTERED**
July 24, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MOISES CANDANOZA JR., <br> Plaintiff, | § § § | |
| v. | § § | Civil Action No. 1:20-cv-00023 |
| WELLS FARGO BANK, N.A., *et al.*, <br> Defendants. | § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Report and Recommendation of the Magistrate Judge" ("R&R") (Docket No. 14). The R&R recommends the following: (1) dismiss with prejudice Moises Candanoza Jr.'s ("Plaintiff") "Original Petition and Request for Temporary Restraining Order and Injunction" ("Petition") (Docket No. 1), and (2) direct the District Clerk's Office to close this case.

The District Clerk's Office sent Plaintiff the R&R by certified mail May 29, 2020, (Docket No. 14) and again June 17, 2020 (Docket No. 16). The R&R was returned "Undeliverable" to Plaintiff July 7, 2020 (Docket No. 17). Neither party filed objections. Without objections to the magistrate's ruling, the appropriate standard of review is "clearly erroneous, abuse of discretion and contrary to law." *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**.

Thus, Plaintiff's Petition (Docket No. 1) is **DISMISSED with PREJUDICE**. The District Clerk's Office is ordered to close the case.

Signed on this 24th day of July, 2020.

Rolando Olvera
United States District Judge